CR 20-30 SRN/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| | 21 U.S.C. § 841(a)(1) |
| v. | 21 U.S.C. § 841(b)(1)(B) |
| | 18 U.S.C. § 922(g)(1) |
| JOSEPH HARLON ATKINSON, | 18 U.S.C. § 924(a)(2) |
| | 21 U.S.C. § 853(a) |
| Defendant. | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession With the Intent To Distribute Methamphetamine)

On or about December 4, 2019, in the State and District of Minnesota, the defendant,

**JOSEPH HARLON ATKINSON,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2
(Felon in Possession of a Firearm)

On or about December 4, 2019, in the State and District of Minnesota, the defendant,

**JOSEPH HARLON ATKINSON,**

having been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

SCANNED
FEB 1 2 2020
U.S. DISTRICT COURT ST. PAUL

United States v. Joseph Harlon Atkinson

| Crime | Date of Conviction (on or about) | Place of Conviction |
|---|---|---|
| 3rd Degree Possession of Controlled Substance | April 30, 2003 | Wright County, MN |
| Felon in Possession of Firearm | June 1, 2005 | Wright County, MN |
| 2nd Degree Burglary | June 1, 2005 | Wright County, MN |
| Fleeing Officer in Motor Vehicle | August 14, 2014 | Stearns County, MN |
| 1st Degree Possession of Controlled Substance | May 9, 2016 | Stearns County, MN |

and knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate or foreign commerce, a firearm, namely, a 9mm Smith & Wesson model SD9VE handgun with serial number HEV5800, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of any Count of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to: a Smith & Wesson model SD9VE handgun with serial number HEV5800 and any ammunition and accessories seized therewith.

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of such violation, including but not limited to, $13,801 in U.S. currency seized from the defendant on December 4, 2019, a Smith & Wesson model SD9VE handgun with serial number HEV5800, and any ammunition and accessories seized therewith.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY            FOREPERSON